

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

November 25, 2025

<u>**BY ECF**</u>

The Honorable Mary K. Vyskocil
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 11/25/2025

    Re:    *United States v. Edwin Juan Diaz, a/k/a "Eddie,"* **25 Cr. 551 (MKV)**

Dear Judge Vyskocil:

The Government writes respectfully on behalf of the parties to request an initial conference in the above-referenced case on Tuesday, January 20, 2026, at 3:00 p.m. In addition, the Government respectfully requests that time be excluded through the date of the next conference to allow the parties to confer regarding a potential pretrial disposition and to produce and review discovery and consider any motions. The Government submits that an exclusion of time is in the interest of justice for the reasons stated above. The Government understands that counsel consents to the exclusion of time here.

GRANTED.
Initial Conference to be held January 20, 2026 at 3pm. All time is excluded until 1/20/26 under the Speedy Trial Act.
SO ORDERED.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Lisa Daniels
Assistant United States Attorney
Southern District of New York
Tel: (212) 637-2955

Date: 11/25/2025
New York, New York

Mary Kay Vyskocil
United States District Judge

Cc:    Counsel of record (by ECF)