

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

January 14, 2026

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____        │
│ DATE FILED: 1/14/2026                │
└─────────────────────────────────────┘
```

**BY ECF**
The Honorable Mary K. Vyskocil
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    *United States v. Edwin Juan Diaz, a/k/a "Eddie,"* **25 Cr. 551 (MKV)**

Dear Judge Vyskocil:

The Government writes respectfully on behalf of the parties to request an adjournment of the conference scheduled for Tuesday, January 20, 2026, at 3:00 p.m., in the above-referenced case. The parties are engaged in discussions regarding a potential pretrial resolution, which are ongoing. Accordingly, the parties request an adjournment to April 22, 2026, at 11:30 a.m., to allow these discussions to continue. In addition, the Government respectfully requests that time be excluded through the date of the next conference for the reason stated above. The Government understands that the defense consents to the exclusion of time here.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Lisa Daniels
Assistant United States Attorney
Southern District of New York
Tel: (212) 637-2955

Cc:    Counsel of record (by ECF)

```
┌──────────────────────────────────────────┐
│ Granted. SO ORDERED.                       │
│                                            │
│                                            │
│                                            │
│                                            │
│ Date: 1/14/2026        Mary Kay Vyskocil   │
│ New York, New York     Mary Kay Vyskocil   │
│                        United States District Judge │
└──────────────────────────────────────────┘
```