

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

April 14, 2026

**BY ECF**

The Honorable Mary K. Vyskocil
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

>    Re:    *United States v. Edwin Juan Diaz, a/k/a "Eddie,"* **25 Cr. 551 (MKV)**

Dear Judge Vyskocil:

The Government writes respectfully on behalf of the parties to request an adjournment of the conference scheduled for Wednesday, April 22, 2026, at 11:30 a.m., in the above-referenced case. The parties remain engaged in active discussions regarding a potential pretrial resolution. Accordingly, the parties request an adjournment of approximately sixty days to allow these discussions to continue. In addition, the Government respectfully requests that time be excluded through the date of the next conference for the reason stated above. The Government understands that the defense consents to the exclusion of time here.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Lisa Daniels
Assistant United States Attorney
Southern District of New York
Tel: (212) 637-2955

Cc:    Counsel of record (by ECF)

**Granted. SO ORDERED.**

The conference is ADJOURNED to June 24, 2026, at 11:00 AM. It is FURTHER ORDERED that, on consent of the Parties, all time through June 24, 2026, is excluded under the Speedy Trial Act, because the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial, in that it will allow the Parties to discuss a potential pretrial resolution of this matter.

Date: 4/14/2026
New York, New York

Mary Kay Vyskocil
United States District Judge