USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>EDWIN JUAN DIAZ,<br>a/k/a "Eddie,"<br><br>Defendant. | 1:25-cr-551-MKV-1<br><br>**ORDER ACCEPTING GUILTY PLEA** |

MARY KAY VYSKOCIL, United States District Judge:

WHEREAS, with Defendant's consent, his waiver of indictment and guilty plea allocution to a one-count Superseding Information were made before a United States Magistrate Judge on June 24, 2026;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that Defendant entered the guilty plea knowingly and voluntarily, that there was a factual basis for the guilty plea, and that the requirements of Federal Rule of Criminal Procedure 11 were satisfied;

IT IS HEREBY ORDERED that Defendant's guilty plea is accepted and a judgment of guilty is entered as to count one of the Superseding Information.

Sentencing in this matter shall be held on November 17, 2026, at 2:00 p.m. On or before November 3, 2026, Defendant shall file his sentencing submission. On or before November 10, 2026, the Government shall file its sentencing submission.

If the Government is seeking forfeiture, the Parties shall discuss the amount in advance of sentencing. On or before November 3, 2026, they shall either notify the Court of any disputes or else file a proposed Consent Preliminary Order of Forfeiture.

**SO ORDERED.**

**Date: September 17, 2026**
**New York, NY**

Mary Kay Vyskocil
**MARY KAY VYSKOCIL**
**United States District Judge**