**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/2026

October 8, 2026

**BY ECF**
The Honorable Mary K. Vyskocil
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** ***United States v. Edwin Juan Diaz, a/k/a "Eddie,"* 25 Cr. 551 (MKV)**

Dear Judge Vyskocil:

The Government writes respectfully to request an adjournment of sentencing scheduled for Tuesday, November 17, 2026, at 2:00 p.m., in the above-referenced case. A member of the victim's immediate family who wishes to attend the sentencing proceeding will be overseas and thus unable to attend. Accordingly, the Government respectfully requests on behalf of the victim's family that sentencing be adjourned to December 17, 2026, at 11 a.m. In addition, the Government requests an adjustment of the deadlines for the defense and Government sentencing submissions such that they are due two weeks and one week in advance of sentencing, respectively. The Government has conferred with counsel for the defendant and understands that the defendant consents to such an adjournment and counsel is available to proceed on the proposed date and time.

**Granted. SO ORDERED.**

Date: 10/9/2026
New York, New York

Mary Kay Vyskocil
United States District Judge

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________
Lisa Daniels
Assistant United States Attorney
Southern District of New York
Tel: (212) 637-2955

Cc: Counsel of record (by ECF)